UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
Civil Action No. 3:05cv434

| | |
|---|---|
| GREYSTONE DIGITAL, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | ORDER |
| v. ) | |
| ) | |
| CHESTER CREEK TECHNOLOGIES, ) | |
| INC., ) | |
| ) | |
| Defendant. ) | |

This matter was heard by the undersigned upon the Consent Motion; and it appearing that good cause has been shown, and that the motion is made without waiver of any of Defendant's defenses to the complaint including under F.R.C.P. Rule 12(b)(2);

It is therefore ORDERED that this matter shall be stayed, including discovery set forth in the Court's Order of March 1, 2006, until such time as either Plaintiff or Defendant notifies the Court that efforts to mediate the dispute have been unsuccessful.

This ___ day of March, 2006.

_____
United States District Judge